JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM SCOLLARD, | CV 21-06145-PSG-PVC |
| Plaintiff, | JUDGMENT OF DISMISSAL |
| v. | |
| STATE FARM GENERAL INSURANCE COMPANY et al., | |
| Defendants. | |

**WHEREAS,** on July 10, 2023, this Court **GRANTED** Defendant State Farm's ("Defendant") Motion for Summary Judgment against Plaintiff William Scollard ("Plaintiff") and **DISMISSED** all claims,

**IT IS HEREBY ORDERED, ADJUDGED, and DECREED**, upon the findings of the Court, that Judgment is entered in favor of Defendant and against Plaintiff, in accordance with this Court's previous Order granting Defendant's Motion for Summary Judgment.

As no claims remain, the Clerk shall close this matter.

**IT IS SO ORDERED.**

DATED: July 11, 2023

_____

**U.S. DISTRICT JUDGE PHILIP S. GUTIERREZ**

1